**Electronically Filed
Supreme Court
SCWC-19-0000245
28-AUG-2024
08:25 AM
Dkt. 15 ODAC**

SCWC-19-0000245

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

JASON NOLEN,
Petitioner/Defendant-Appellant,

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000245; CASE NO. 1CPC-18-0000519)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner/Defendant-Appellant Jason Nolen's application
for writ of certiorari filed on July 3, 2024, is rejected.

DATED: Honolulu, Hawai'i, August 28, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

